IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA M. SEALS,                                    Case No. 3:13-CV-00632-MA

          Plaintiff,                         ORDER FOR EAJA FEES

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

          Defendant.

MARSH, Judge

On July 23, 2014, the parties filed a Stipulated Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded fees in the amount of $3,417.05, expenses of $7.83, and costs of $8.90. (#24.)

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $3,417.05, expenses of $7.83, and costs of $8.90, shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to plaintiff's attorney, subject to verification that plaintiff does

1 - ORDER FOR EAJA FEES

not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Lisa R.J. Porter, at Ms. Porter's address: 5200 S.W. Meadows Rd., Suite 150, Lake Oswego, OR 97035. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this **30** day of JULY, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES